United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 23, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON)**

| | | |
|---|---|---|
| IN RE: TRAVIS GLENN WENSKE | § | CASE NO.: 25-30052 |
| | § | (CHAPTER 13) |

### ORDER GRANTING MOTION TO ANNUL AUTOMATIC STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY

ON THIS DATE came for consideration the Motion to Annul Automatic Stay and Co-Debtor Stay filed by U.S. Bank Trust National Association, as Trustee of LB-Treehouse Series V Trust, ("Movant"). The Court finds that good cause exists to grant the Motion, and after proper notice and inclusion of the required negative notice language, no response in opposition has been filed. It is accordingly:

ORDERED that the Automatic Stay under § 362 and Co-Debtor stay under § 1301 are hereby annulled as to Movant and the real property known as 2909 Castleton Bay Ln, Pearland, TX 77584. It is further

ORDERED that any violation of the stay due to Movant's foreclosure sale of the property on January 7, 2025, and Movant's filing of a forcible detainer action on February 19, 2025, are hereby voided and Movant may proceed with its rights and remedies pursuant to the Deed of Trust.

Signed: June 23, 2025

_____
Marvin Isgur
United States Bankruptcy Judge